BEFORE THE THIRD DIVISION, MAY 3, 1946

**No. 51083.**—Protests 113128–K, etc., of Louis Cohen et al. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.